January 19, 2001

No. 00–1075.  MOTIENT SERVICES INC. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari dismissed under this Court's Rule 46.1.

January 22, 2001

No. 00–307.  ALAMEDA GATEWAY, LTD. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.1.

No. 00–5949.  SMITH *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–7160.  ATRAQCHI ET UX. *v.* WILLIAMS, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.  C. A. D. C. Cir.  Motion of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE STEVENS dissents.  See *id.,* at 4, and cases cited therein.

No. D–2213.  IN RE DISBARMENT OF GAILEY.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1007.]

No. D–2214.  IN RE DISBARMENT OF HENDERSHOT.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1007.]